IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-276-AP

GEORGE DODGE,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff**:

Terry S. Fjeld, Esq.
P.O. Box 17564
Colorado Springs, CO 80935

**For Defendant:**

WILLIAM J. LEONE
Acting United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

By:   Debra J. Meachum
       Special Assistant United States Attorney

<u>Dodge v. Barnhart</u>, No. 05-cv-276-AP

Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)

**2.	STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.	DATES OF FILING OF RELEVANT PLEADINGS**

   A.	**Date Complaint Was Filed:  <u>February 14, 2005.</u>**

   B.	**Date Complaint Was Served on U.S. Attorney's Office:  <u>June 10, 2005.</u>**

   C.	**Date Answer and Administrative Record Were Filed:  <u>June 17, 2005.</u>**

**4.	STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   **<u>The partes, to the best of their knowledge, state that the administrative record is complete and accurate.</u>**

**5.	STATEMENT REGARDING ADDITIONAL EVIDENCE**

   **<u>Defendant will not submit additional evidence.</u>**
   **<u>Plaintiff is unaware of additional relevant information at this time.</u>**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   **<u>The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.</u>**

**7. OTHER MATTERS**

Dodge v. Barnhart, No. 05-cv-276-AP

**Defendant has no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    **AUGUST 15, 2005.**

    B.    **Defendant's Response Brief Due:**    **SEPTEMBER 14, 2005.**

    C.    **Plaintiff's Reply Brief (If Any) Due:**  **SEPTEMBER 29, 2005.**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**
        **Plaintiff does not request oral argument.**

    B.    **Defendant's Statement:**
        **Defendant does not request oral argument.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(  ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

<u>Dodge v. Barnhart</u>, No. 05-cv-276-AP

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this **18th day of July, 2005.**

BY THE COURT:

**S/JOHN L. KANE**
U.S. DISTRICT COURT JUDGE

<u>Dodge v. Barnhart</u>, No. 05-cv-276-AP

**APPROVED:**

**<u>For Plaintiff</u>:**

**s/Terry S. Fjeld   7/15/05**
Terry S. Fjeld, Esq.
P.O. Box 17564
Colorado Springs, CO 80935

**<u>For Defendant</u>:**

WILLIAM J. LEONE
Acting United States Attorney

**s/Debra J. Meachum   7/15/05**
By:   Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)