IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-276-AP

GEORGE DODGE,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER OF REMAND

Pursuant to "Defendant's Unopposed Motion for Remand" (doc. #15), filed October 6, 2005, and the provisions of sentence four of 42 U.S.C. § 405(g), the Court remands this case for further administrative proceedings. Upon remand to the Commissioner's Appeals Council, the case will be remanded to an Administrative Law Judge (ALJ) for further action, including a supplement hearing; Plaintiff will have the opportunity to submit additional evidence relevant to his claim; and the ALJ will be directed as follows:

> pursuant to Social Security Ruling 96-6p and 20 C.F.R. §§ 404.1527(f), 416.919 (2005), discuss and explain the weight given to all medical source opinions, including the hearing testimony of medical experts Gail A. Humm, M.D., and Kenneth Kassover, Ph.D.;

> in light of the weight given to all medical source opinions, reassess whether Plaintiff abused prescribed medication (Oxycontin); if so, whether such abuse was material to a finding of disability; and whether the evidence

supports a finding that Plaintiff would still be disabled if he abstained from such abuse;

when considering medical evidence of record, discuss the requirements in the appropriate listings referenced in Listing 12.09, 20 C.F.R. § 404 subpt. P, app. 1;

obtain the case record related to Plaintiff's subsequent application for disability insurance benefits and supplemental security income, including the favorable ALJ decision of August 17, 2005, and consider what impact, if any, the record related to the subsequent application has on the instant claim;

if necessary, obtain supplemental evidence from a vocational expert and elicit testimony pursuant to 20 C.F.R. § 416.966 (2005) and Social Security Ruling 00-4p.

The case is being remanded pursuant to sentence four of 42 U.S.C. § 405(g). The Court clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the decision in <u>Shalala v. Schaefer</u>, 509 U.S. 292, 296-302 (1993).

DATED this 11th day of October, 2005.

BY THE COURT:

**S/John L. Kane**
Judge, United States District Court